# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN TREVINO,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§ Civil Action No. 1:19-cv-00034<br>§ (Criminal Action No. 1:15-cr-1006-1)<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 15) in the above-captioned case. The R&R recommended the Court grant the United States of America's "Motion to Dismiss § 2255 Motion" ("Government's Motion") (Docket No. 14) and dismiss Juan Trevino's pro se "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" ("Movant's § 2255 Motion") (Docket No. 1) as time-barred. Objections were due December 16, 2019. No objections were filed by either party. After a *de novo* review of the record, the R&R is **ADOPTED**. It is therefore **ORDERED** that Movant's § 2255 Motion be **DISMISSED** as time-barred. A certificate of appealability shall not issue. The Clerk of the Court is **ORDERED** to close this case.

Signed on this **18th** day of **December**, 2019.

Rolando Olvera
United States District Judge